IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**ORLANDO I. O'NEAL,**

    **Plaintiff,**

v.                                                         Case No. 1:23-cv-94-AW-MAF

**GAGE BOSLEY, et al.,**

    **Defendants.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

I have considered the magistrate judge's August 23 report and recommendation (ECF No. 13), to which there has been no objection. I have determined that the report and recommendation should be adopted, and I now incorporate it into this order. The clerk will enter a judgment that says, "This case is dismissed without prejudice for failure to prosecute and failure to comply with a court order." The clerk will then close the file.

SO ORDERED on October 10, 2023.

                                              s/ *Allen Winsor*
                                              United States District Judge